**STATEMENT OF FACTS**

The Federal Bureau of Investigation (FBI) and Metropolitan Police of the District of Columbia's (MPDC) Child Exploitation and Human Trafficking Task Force (CEHTTF) is conducting an ongoing investigation regarding commercial sexual exploitation in Washington, D.C. This investigation has led to the identification of the geographic area that approximately spans from L Street to O Street Northwest, and 7th Street to 16th Street Northwest (herein "Target Area"). The Target Area is known to historically be plagued with violations of the District of Columbia Criminal Code and the United States Criminal Code in regards to the commercial sexual exploitation of women, human trafficking of minors, and the recruitment of women to engage in commercial sexual exploitation. These activities have historically occurred between the hours of 4:00 AM and 8:00 AM during any day of the week.

During the CEHTTF investigation several individuals have been identified as "pimps" who facilitate the commercial sexual exploitation of women within the Target Area. These pimps include Rashaun Lamar PARKS (herein "PARKS"). MPDC identified PARKS as an individual operating as a pimp in the Target Area since June 2014. PARKS has been identified in the course of MPD and the CEHTTF's investigations as using the nickname of "IVY" or "IV." PARKS has had several contacts with the police since 2014, to include being identified as a suspect in a June 27, 2015 assault that occurred in the 1000 block of 13th Street, Northwest, which is within the Target Area. During this investigation, witnesses identified PARKS as having stabbed another pimp in the chest as the result of a dispute between PARKS and the victim over a prostitute who had stopped working for PARKS and begun working with the assault victim as her pimp. This investigation was later declined for prosecution by the United

States Attorney's Office due to the victim refusing to cooperate with investigators and prosecutors.

On July 26, 2018, MPDC interviewed PARKS in the 1200 block of 12th Street, Northwest, which is within the Target Area. PARKS had reported that he was the victim of a robbery, to which two other individuals were witnesses. PARKS and the two other individuals all initially reported that he was the victim of the robbery, but all three provided conflicting statements to MPDC, and therefore the investigation was concluded. Both witnesses to the robbery who were with PARKS at the time have been identified as pimps working in the Target Area.

In November of 2018, members of the CEHTTF opened an FBI investigation regarding PARKS. The members identified biographical information regarding PARKS, the vehicles he operates, his known associates, and his social media accounts. The members determined that he resides at                         in Riverdale, Maryland 20737, and that he was operating two vehicles on a regular basis: a blue 2004 Lincoln Sedan with Maryland registration of 8CY0153, and a white 2002 Cadillac Sedan with Maryland registration of 9DJ7100.

The CEHTTF identified two Facebook accounts belonging to PARKS with usernames of IVYLEAGUEPHD and LOGAN.HOMES.96, and an Instagram account of IVYLEAGUE_TV. The social media accounts were found to be open to the public, and frequently active. The accounts had numerous comments, photographs, videos, and symbols that are known to your Affiant as ways pimps identify themselves as such via social media. For example, two photographs depicting the upper pubic area of two females bearing a tattoo that depicts PARK's "brand" is displayed on PARK's social media accounts. Based on training and experience, your Affiant is aware that identifiers of such a nature are often depicted on pimps' social media as

recruiting tools for pimps to find new women or men to engage in commercial sexual exploitation.

Your Affiant also located a photograph on PARKS social media which showed PARKS standing next to an African-American female with a large tattoo on her chest wearing a robe with her breast partially exposed. The photograph was captioned,

> *So last summer I had this fine hoe named Chyna she was homeless her mama had kicked her out. I taught her how to get some money on the blade and tried to help her get her shit together…*

Your affiant knows that the term "blade" refers to a stretch of street within a city that is historically used for street level prostitution.

On January 28, 2019, a surveillance camera was placed in front of PARKS residence at in Riverdale, Maryland. The camera has been active since that date, and has captured PARKS operating the identified vehicles. The camera has also captured PARKS leaving the residence during the early morning hours, specifically Wednesday, Thursday, and Saturday mornings. PARKS is seen leaving and returning to the home during these periods of time with women who appear to also reside in the home, two of whom appear to be the same females known to law enforcement to be working as prostitutes for PARKS (herein "CW 1" and "CW 2").

The CEHTTF conducted a records check regarding CW 1, which identified arrests of CW 1 for prostitution in Prince Georges County, Maryland, and contacts by MPDC with CW 1 in the Target Area. The vehicles being operated by PARKS from his residence were also registered in CW 1's name.

Advertisements for prostitution were also found to be posted for CW 1 in numerous cities all across the East Coast of the United States. A post referring to CW 1's advertisement for prostitution from December 23, 2015 stated as follows:

> XXXXXXXXX  dont pay vanity belle's[1] p . i . m p T*E*R_245995
> P411_P142140 - 25
> dont pay her P i m p .. he is a woman beater forcing young minded
> females to sell their body on back page and walk the streets.. he
> has been charged many times with this federal offense.. are you
> going to continu giving your hard earned cash to her p. i. m.
> p.XXXXXXXXX dont pay vanity belle's p. i . m p
> T*E*R_245995 P411_P142140

The phone number XXX-XXX-XXXX, linked to CW 1's advertisements, was also attributed to numerous other advertisements for prostitution regarding a female believed to be employed by PARKS.  These advertisements were also posted in numerous cities on the East Coast of the United States.

CEHTTF conducted a records check regarding CW 2, and found that she had the address of                      in Riverdale, Maryland listed as a home address.  CW 2 additionally was found to have been arrested for a prostitution related offense in the Target Area in 2017, and had then been contacted by MPDC after walking in the road within the Target Area.

A search of telephone numbers associated with CW 2 led the CEHTTF to locate a phone number that was used while posting advertisements for prostitution in Washington, D.C., and other cities along the East Coast of the United States.

PARKS additionally posted several pictures of CW 2 on his social media to include a photograph of CW 2 wearing a black fur coat with shorts cut off at the top of her thigh.  The post is captioned as follows,

> *My lil 304 ain't lil no more.. I'm getting her ready for the*
> *#kentuckyderby # nayyy #RHGO*

---

[1] "Vanity belle" is a name used by CW 1 when working as a prostitute for PARKS.

Your Affiant knows that the term "304" is used in the commercial sexual exploitation world because when 304 is written backwards it spells "HOE." Additionally your Affiant knows that RHGO stands for "Real hoing going on."

On July 27, 2018, a members of the CEHTTF obtained a search warrant for the Instagram account as belonging to another individual (herein "Target 1") who has also been under investigation for operating as a pimp in the Target Area.[2] Target 1's Instagram account contained pictures, videos, and comments that were consistent with the Target 1 being a pimp and running a prostitution business. The search warrant return results showed that Target 1 was messaging multiple females in attempt to recruit them to his business, and also communicating with other pimps, one of them being with Instagram account "ivyleague_tv" belonging to PARKS.

On May 23, 2018, PARKS used his Instagram account ivyleague_tv to message Target 1 as follows: "We bout to start Pimpin together. You got some shit wit you." In messages exchanged between PARKS and Target 1 on Instagram, the two refer to each other as "P." For example, on June 5, 2018, Target 1 sent the following messages to PARKS's Instagram account ivyleague_tv: "Ok bet that .. I'm all in P .. ima call u in a lil bit" and "What's up P .. I'm wit it mane I'm tryna soak up the game."

On June 30, 2018, Target 1 posted a video that tagged PARKS's Instagram account ivyleague_tv. In the video, PARKS, Target 1, and another male had posted that they were in the downtown area of D.C. The video showed all three individuals showing off their wrist watches. The unknown male said, "Big Roli's and things. Bing, Bing, Bow."

---

[2] Target 1's identity and his Instagram screen name are known to the CEHTTF but are redacted herefrom to protect the integrity of an ongoing investigation.

On April 5, 2019, during the early morning hours, members of the CEHTTF were conducting surveillance in the Target Area.  During the course of the surveillance, CEHTTF members observed PARKS's white Cadillac parked in the 1000 block of K Street, Northwest at approximately 4:30 AM.  The members did not observe PARKS in the Target Area at this time.

At approximately 5:30 AM, on the same day, a seventeen-year-old female reported to MPDC that she had been forced to engage in commercial sex acts by her pimp who was currently in the Target Area.  The pimp (herein "Defendant 1") was subsequently stopped by CEHTTF, and PARKS was found to be in the vehicle with Defendant 1.  PARKS reported during the traffic stop that he was only in the area to check out the females, and that he was a music producer.  PARKS reported that he had taken a ride share to the area, and had then been picked up by his friend, Defendant 1.

Defendant 1 was interviewed post arrest, and advised that he had met PARKS in Chicago, Illinois at a party hosted there for pimps.  PARKS identified himself as a pimp to Defendant 1, and told him that he could show Defendant 1 how to pimp in D.C. if Defendant 1 ever came to D.C.  Defendant 1 advised that he later met PARKS in D.C. and PARKS explained to him how to engage in commercial sexual exploitation in D.C.  Additionally, Defendant 1 advised that he had been inside Defendant 1's home on more than one occasion and was shown an "AK" style firearm in the basement of PARKS's home.

The CEHTTF obtained access to Defendant 1's Instagram account, which contained private messaging exchanges with PARKS regarding their activity acting as pimps in Washington, D.C.  For example, On August 10, 2018, the following exchange occurred:

Defendant 1:   Say P Im in the district

PARKS:          How bout it

6

Defendant 1:   Out here trying to find the hotspots out here

PARKS:   Clubs?

Defendant 1:   Blades

PARKS:   Only blade hitting is downtown

Defendant 1:   Do you know what black P?

Defendant 1:   Block

PARKS: Let that bitch out at Maddy's Taproom around 230 am P you'll be good to go. I'll be down

Defendant 1:  Chuuuch To That

PARKS:   [Sends a church emoji]

In the early morning hours of August 11, 2018, the exchange continued between PARKS and Defendant 1:

PARKS:  You outchea

Defendant 1:  Yeah

Defendant 1:  I'm still here

PARKS:  I'm around downtown

Defendant 1:   I'm about to be down there now, I'm going to hit you when I get there. Are you around Massachusetts?

That afternoon, the exchange continued:

PARKS:  You a lil late lol

Defendant 1:  I'm back in b more now getting ready for this party.  I'm coming back tho P

PARKS:   Ok far sho I'll be at the party

7

On August 14, 2018, Defendant 1 sent PARKS via Instagram messenger a screen shot of an exchange between himself and an unidentified female. The exchange was as follows:

Defendant 1:   I famous stripper I think why?

Female:   He fine

Defendant 1:   Oh I though you was talking about the girl.  The one in black is one of my player partners "Ivy League" he's really official I can't introduce Y'all if you like."

Female:   His ass want pimp me

Female:   But tell em I said wassup though

After sending PARKS the screenshot of the exchange with the female, Defendant 1 sent a message to PARKS saying, "Bro that was a typo when I say can't I meant to type can.  But anyway that's a little joint from down my way we are at the ad in South Carolina.  Her name is Antoinnette worthy."  Defendant 1 is known to law enforcement to be from South Carolina. PARKS responded:

PARKS:   Dig that P mane thanks for the tip.

Defendant 1:   It's a pleasure P  [Defendant 1 then sent PARKS a screenshot of the Facebook page of "Antwanette Worthy," which depicted a young female.]

On August 28, 2019, the following exchange between PARKS and Defendant 1 occurred on Instagram:

Defendant 1: I'm back in D.C. P

PARKS:  Whats the move.

Defendant 1:   Got some wor ou there.  Was going to that same spot you told me to go the last time

PARKS:  Downtown?

8

    PARKS:        It's wide open

    Defendant 1:   Yes

    Defendant 1:   U gonna be down there

    PARKS:  Yeah I'll be down

    Defendant 1:   All right I'm a hit you when I get down town like 1 o'clock

    PARKS:        Ok

On several dates between August 2018 and February 2019, Defendant 1 advised PARKS he was in D.C. On February 17, 2019, PARKS wrote to Defendant 1: "Tippy Toppy big Pimpin." PARKS posted an image dated January 30 and labled "from archive" depicting two men dressed as pimps and the caption "Happy P Day @ivyleague_tv." He posted a second image dated the same depicting himself and Defendant 1 dressed standing together holding "pimp" cups. In your affiant's training and experience, "pimp" cups – like the ones in this image – are decorated cups that pimps often have or make to demonstrate their success, wealth and status.

On April 14, 2019, an undercover employee (UCE) of the FBI contacted PARKS via PARKS's Facebook account, on which PARKS identified himself as "Milton Bradley." The Facebook page, as described above, advertised that PARKS acts as a pimp. The profile picture for that account depicts PARKS wearing a hat that stated "Make Pussy Expensive Again." The UCE was posing as a 19-year-old female who was visiting the D.C. area from Arizona and who was staying in the Fort Totten /Takoma Park area in Washington, D.C.

While posing as the 19-year-old female, the UCE engaged in several recorded telephone calls with PARKS between April 22 and April 23, 2019. On these calls, PARKS discussed the UCE working for him as a "high-end" prostitute and made plans to transport the purported 19-year-old female from D.C. to Maryland to have her work for him. Initially PARKS told the UCE

that he "manage[d] a club" in Maryland where girls "dance." PARKS clarified that the girls strip and inquired whether the UCE was "down with that." When the UCE inquired whether it was "just" stripping, PARKS stated, "I don't know what those girls do, some of them probably fucking…I'm sure some of them are, some of them aren't….some girls do different things, some girls don't…I don't really, it don't really concern me what they do when they in there making money, if she make money, you make money….You 19, so you a grown woman….you can decide if you want to take it to the extreme or what…tell you what, the competition is definitely gonna be going hard." When the UCE expressed concern about the safety of turning "tricks" dancing, PARKS told her that "it comes with the territory…any time you in the streets doing dirt, you can expect there to be at least some backlash, street shit happens, it's part of the job. So if that's the kind of shit that worries you, I probably wouldn't fuck with it if I were you."

PARKS stated that he has been in the streets a long time and is now "established." PARKS told the UCE that he is now 33 years old and "spent all my '20s in the streets, hustling and gambling and running girls and all kinds of wild shit, so I do I got a lot of hustle. I can put you up on the game and teach you some hustle. You can get you in the street if that's what you want to do. But if you don't I understand that also, I'm sure there's a legit hustle around here for you also, you could wait tables….Anything you tell me want to do, I can show you how to do. Only thing I don't fuck with anymore I don't do drug sales and that shit anymore, I don't fuck with that anymore cuz that shit brings hella heat. I don't do any violent crimes."

As the conversation continued, PARKS told the UCE that "as far as girls, working on the scene, in the clubs, in the casinos, wherever they want to work, I'm cool with that, I can hook you up, I know all the people in the industry." When the UCE asked if PARKS would tell her how much to charge, PARKS responded, "no, it's your body" and that it "depends on what

you're doing." PARKS said, "if you're dating, I'm not going to tell you how much to charge for a date, that's all up to you. What I'm going to tell you is how much I want from you every day." The UCE told PARKS that sounded like "a quota" to which PARKS responded, "yeah it kind of is a quota to make sure you're meeting your demand." When the UCE asked how much it was going to be and stated she had never done it before, PARKS responded that it was "really easy" and told her to send him a picture. The UCE sent PARKS a picture of a young female that she indicated depicted her.

PARKS engaged in a second recorded telephone call with the UCE in which he discussed with her the logistics of him picking her up in the District of Columbia and taking her back with him to Maryland. PARKS told the UCE that the "sooner I can verify your identification, the sooner I can get you started." PARKS instructed the UCE to send her information to him so that he could verify her identity. The UCE complied by sending her purported identifying information to PARKS.

On a third recorded telephone call, PARKS discussed with the UCE his white Cadillac sedan and other cars that he has. He then described that he has a "business model" that was "modeled for the game." PARKS stated, "I learned how to do business in the game ten years ago when I started working with girls. I branched out into other businesses, that's why I said that part of my business, it runs itself. All the girls I been dealing with, they been dealing with me for years. I have a girl that's been dealing with me for 10 years, I have a girl that's been dealing with me for 5 years." PARKS told the UCE that he knew clubs that she could work at legally, but knows "the other end of the spectrum also" PARKS continued, "I'm pretty well versed when it comes to this." PARKS said, "Money will come. I'm not really worried about the money, I'm

more so worried about you learning your craft and becoming good at it and becoming independent at it. That way you'll be a better…for lack of a better word, tool."

PARKS asked the UCE if she had ever been to jail. PARKS told the UCE that the first place he wanted to take her was the club "Good Guys" in D.C. because it was a very good place to meet clients. The UCE agreed. PARKS told the UCE he'd meet her "tomorrow."

PARKS told the UCE additional information about his background, including that when he left school in his 20's, he began working the streets and with "girls," which proved to be his "niche." PARKS stated that he got "up" $100,000 dollars at the time from working with girls, and that this money was used to fund his clothing brand. PARKS stated that now, he does not "micromanage" his girls because the business runs itself. PARKS told the UCE he would manage her career, that he would teach her how not to make small mistakes, and would make sure that she would not make huge drastic mistakes which could "land her in jail forever." PARKS also advised that he would not drive the UCE anywhere, but would put her on a bus, and she would be working by herself. PARKS then reported that she could work with other girls that also work for him. PARKS said he would show her how to do everything that this "game" encompasses if that included sex for money, dancing, or other jobs.

PARKS told the UCE that there is a new word in the law, and that is "coercion," and as a result he does not do that anymore. PARKS told the UCE that he would let her do what she wants to do, and he would tell her how much he costs to be her career manager, but she would choose what she wants to do.

PARKS advised that his rate for a year was $300,000, and then helped the UCE calculate how much money she would need to make daily to pay him. PARKS also advised that he would take money from the UCE if she showed up late to work, was lazy, was sick, or was arrested.

PARKS told the UCE that he would take $1000 every time she did any of those things as a punishment for not doing the job properly, "because every dollar counts."  PARKS said that the $300,000 a year he makes is "not from girls completely" because he also hustles, including making t-shirts and promoting clubs, which he does "under the table."

PARKS stated that the girls who work for him are "treated like my girlfriends" and that he "wouldn't fuck with a girl who wasn't a hustler."  PARKS stated that his "girls" "spend a lot of time with the guys they deal with."  PARKS stated that his girls "don't only sell sex for money" and that they "are in the Sugar Daddy industry."  PARKS stated that he "like[s] Sugar Babies."  He stated he also likes "Sugar Queens" whom make more than $400,000 a year.  PARKS stated, "there are girls who are walking the street making $40 a day because that is what they are capable of."  PARKS stated, as a career manager, he needs to bring out the potential of his girls.

PARKS stated that this is a "game" for "young women."  PARKS advised that the UCE could make this money however she wanted, to include "dating" older men.  PARKS stated that he does "not sell pussy.  Pussy is cheap….class is expensive."  PARKS told the UCE that she could make free money for laying next to an old man.  PARKS told the UCE that it was more dangerous to be "a $40 bitch walking the street every night" than being a "Sugar baby in Toronto where the business is legal and you have security."  PARKS stated that this is "not just an industry where girls sell sex for money…That shortens your perspective.  You have to realize that all over this planet, there are girls who do the same thing legally…they have security."  PARKS referenced Amsterdam, where girls "stand in the window" and "work for a business."  PARKS stated:

> it's not just what you see in front of you.  The game is way bigger than that.  And that's where I want girls who deal with me to start.

13

> I want them to start in perspective. That they don't have to do this
> on a low level where we could both get in trouble. I'd rather, I'd
> honestly rather a girl do this on a safer, more legitimate level.
> Because you can, I mean, if what you do is break men for money,
> you can do that its your job bartending at the strip club….and
> you'll be making money at the same time. This is not a sprint, it's
> a marathon….

On a fourth recorded phone call, PARKS stated that he did not want to discuss the details of what the UCE would "do" over the phone, but that he would do so in person when he came to D.C. to pick her up. PARKS offered to get a hotel room for the UCE until she was able to make some money. When the UCE indicated she did not want to do anything "crazy" like "anal," PARKS indicated that she could start at a club and did not have to "jump into anything too advanced immediately." When the UCE said she did not want to "dance" at the club because she could not dance, PARKS responded, "yeah, but they don't really dance, though." When the UCE asked if she would make more money doing "dates," PARKS responded, "you probably would" and told her it was up to her if she wanted to do "dates." PARKS told the UCE that she was "young" and should "take it slow." PARKS informed the UCE he would start with getting her a room for a "day or so" while she "figure[s] out what's going on." PARKS stated, "let's start there before we jump into the dates and shit because like I said, all that shit here in this country is illegal." When the UCE asked if it was legal in Las Vegas, PARKS stated:

> no, it's not….nah you have to be working in a brothel in Vegas for
> prostitution to be legal. When it comes to prostitution…when you
> say 'dates' you're talking about prostitution. And prostitution is
> illegal. But it's legal in countries and I can you know, we can
> work on that. It's legal in places I can get you somewhere where
> it's legal, before we jump straight into that but while you're here,
> there's so many other ways to make money then just jump into
> some dates, I just feel like you're kind of young for that.

PARKS then stated that if the UCE wants to date, date "on your time, not on mine" and that he is trying to "clean [his] shit up" and "wants nothing to do with that dating shit." The

14

UCE then stated that since PARKS was getting her a room and taking some of her money, that "didn't even make any sense." PARKS responded:

> I mean, here's my thing. I'm a company. You understand? If you look at a nigger like me, I'm a business, I'm a company. So in order for me to decide whether we're going to go there or not, I'm going to have to get to know you, you know what I mean?....It's like, if I was a drug dealer, which I used to be, I used to sell drugs. When I hired people to do stuff for me, they gotta earn the right to do certain things for me, like, you gotta earn the right to work for me illegal. You understand? I've got to trust you in order for me to give me some illegal money. And I don't know you yet baby. You know what I'm saying? So until I get to know you little better, I don't really feel comfortable with you doing anything illegal for me. So I would be glad to get you a room. I'd be glad to hang out with you for the week, you know what I'm saying, try to help you find a job. I got enough money saved up I can take care of your room for a while without you having to do anything illegal.

When the UCE responded that she wanted to start making money right away, PARKS stated, "Like I said, that will be… on your own terms though. You can hold onto that money for a little bit until we work out whether I'm going to have you doing anything, you know, on the dark side, know what I'm sayin?" PARKS then continued discussing meeting the UCE the following day. PARKS said he wanted to meet the UCE and get to know her before they did any "dirt" together.

The following day, the UCE, posing as the 19-year-old female, sent PARKS a private message on Facebook stating, "I'm not feeling good bout us n ur vibe bc u was seeming mean n mad last night." PARKS responded, "I understand love. Wasn't mad tho. Something just ain't right….I'm an Emjt personality type. My intuition is on 1000. And I know when something is afoot." The UCE responded by sending a "peace" sign emoji. PARKS responded, "Sometimes when you do what I do, you miss out on a good thing. This might be one of those times, but my freedom is more important to me. So I'll take that risk. I hope everything works out for you."

15

The UCE then sent a sad emoji.  PARKS responded, "Tell you what.  Video chat me.  On duo.  Instagram.  Snapchat is even cool.  Just no fb."  The UCE did not respond to PARKS's request.

    Respectfully submitted,

_____
Thomas Sullivan
Detective
Metropolitan Police Department

Subscribed and sworn to before me
on this \_\_\_26th \_\_ day of April, 2019.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE