AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RASHAUN PARKS a.k.a. "IVY"<br><br>_____<br>*Defendant* | )<br>)<br>)  Case: 1:19-mj-00116<br>)  Assigned To : Magistrate Judge Deborah A. Robinson<br>)  Assign. Date : 04/26/2019<br>)  Description: Complaint w/Arrest Warrant<br>) |

## ARREST WARRANT

FILED
MAY 0 2 2019
Clerk, U.S. District and
Bankruptcy Courts

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **RASHAUN PARKS a.k.a. "IVY"**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Interstate Transportation in Aid of Racketeering, in violation of 18 U.S.C. Sections 1952(a)(3) and 2
Transportation for Illegal Sexual Activity, in violation of 18 U.S.C. Sections 2421

Date: 04/26/2019

_____
*Issuing officer's signature*

City and state: Washington, D.C.        Deborah A. Robinson, United States Magistrate Judge
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 4/26/19, and the person was arrested on *(date)* 5/1/19
at *(city and state)* Riverdale, MD.

Date: 5/2/19

_____
*Arresting officer's signature*

Det. Thomas Sullivan
*Printed name and title*